DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

ATA HAMDAN
3245 COUNTRYSIDE DRIVE
SAN MATEO, CA 94403

Debtor(s)

Chapter 13
Case No:  16-3-1174 DM
Date:     March 15, 2017
Time:     01:10 PM
Ctrm:     450 GOLDEN GATE AVENUE
          16th FLOOR - COURTROOM #17
          SAN FRANCISCO, CA 94102-

## MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD, TO DISMISS CASE PRIOR TO CONFIRMATION

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR(S)' ATTORNEY OF RECORD HEREIN:

The Chapter 13 Trustee, DAVID BURCHARD, moves the Court for an order, dismissing this case for cause(s) for the reasons set forth below.

1. This Court has jurisdiction over this matter pursuant to Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013-1 and 9014-1.  This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. This Motion is based upon all documents and records on file, together with this Motion, Declaration and any such additional documents, records and evidence which may be presented.

3. Debtor(s) filed for bankruptcy under Chapter 13 on 10/31/2016.

4. This motion for dismissal is made for cause pursuant to:

11 U.S.C. § 1307(c)(1) as there is unreasonable delay that is prejudicial to creditors.

5. The cause to dismiss this case exists as it is in the best interests of creditors and the bankruptcy estate.  The Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney must file a timely opposition to this motion no later than fourteen (14) days before the hearing set forth in the accompanying Notice of Motion.  You or your attorney must also appear at the hearing date listed in the notice and present argument in opposition to this motion.

DATED:    February 14, 2017                    DAVID BURCHARD
                                               DAVID BURCHARD, Chapter 13 Trustee

DAVID BURCHARD  
CHAPTER 13 TRUSTEE  
P.O. BOX 8059  
FOSTER CITY, CA 94404  
(650) 345-7801   FAX (650) 345-1514  
(707) 544-5500   FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT  
NORTHERN DISTRICT OF CALIFORNIA

In re:

ATA HAMDAN  
3245 COUNTRYSIDE DRIVE  
SAN MATEO, CA 94403

Debtor(s)

Chapter 13  
Case No:  16-3-1174 DM  
Date:    March 15, 2017  
Time:    01:10 PM  
Ctrm:    450 GOLDEN GATE AVENUE  
         16th FLOOR - COURTROOM #17  
         SAN FRANCISCO, CA 94102-

**DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE,  
DAVID BURCHARD'S, MOTION TO DISMISS CASE  
PRIOR TO CONFIRMATION  
AND CERTIFICATE OF MAILING**

I am the custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof.  Additionally, I have personal knowledge of the matters stated in the Declaration.  If called upon as a witness, I could, and would, competently testify to the facts contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1. Debtor(s) filed the instant bankruptcy petition on 10/31/2016.  There is unreasonable delay towards plan confirmation that is prejudicial to creditors.

2. As of the date hereof, the following fact(s) exists as cause for dismissal:

       _____  Failure to make required payments to the Trustee. $ \_\_\_\_\_ is in default under Ch. 13 Plan.  
       _____  Failure to attend Section 341 Meeting of Creditors scheduled on  
       \_\_\_\_X\_\_\_\_  Failure to respond to Trustee's requests – see attachment "A".

    I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on February 14, 2017 in Foster City, California.

Dated: February 14, 2017                                DAVID BURCHARD  
                                                                                     DAVID BURCHARD, Chapter 13 Trustee

# CERTIFICATE OF MAILING

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Motion** of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation, the **Declaration** in Support of Chapter 13 Trustee, David Burchard's Motion to Dismiss Case Prior to Confirmation and **Certificate of Mailing**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

ATA HAMDAN
3245 COUNTRYSIDE DRIVE
SAN MATEO, CA 94403

GEOFF WIGGS
LAW OFFICES OF GEOFF WIGGS
1900 SOUTH NORFOLK ST. #350
SAN MATEO, CA 94403

Dated: February 14, 2017

TINA MITCHELL
TINA MITCHELL
Case Administrator

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:
    ATA HAMDAN
    3245 COUNTRYSIDE DRIVE
    SAN MATEO, CA 94403

Case No.: 16-3-1174 DM
Chapter 13

ATTACHMENT "A"

Debtor(s)

The Trustee made the following requests <u>at least 30 days</u> prior to the filing date of the instant motion:

1. Trustee is in receipt of objection to confirmation of plan by creditor, U.S. Bank, filed on January 11, 2017. Trustee requested that said objection to confirmation of plan be resolved prior to confirmation. Debtor has failed to resolve said objection.

2. Trustee requested an amended petition page which lists all of debtor's prior bankruptcy filings. Debtor has failed to amend this document.

3. Trustee requested an Application for Approval of Attorney Fees be filed. Debtor has failed to file this document.

4. Schedule A reflects the value of Debtor's real property located at 3245 Countryside Drive, San Mateo, CA as $1,200,000.00. Trustee requested verification of the value. Debtor has failed to provide the requested documentation.